RICHARD J. PEARL, Appellant, *v.* SEVENTH AVENUE FILM Co., LTD., et al., Respondents.

(Argued April 17, 1933; denied May 24, 1933.)

*Frederick Malcolm Wolf* for motion.

*Bertram A. Mayers* opposed.

Motion denied with leave to renew on argument of appeal. (See 262 N. Y. 605.)